AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
_____ ✓ FILED        _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                      COUNSEL/PARTIES OF RECORD

        MAY - 2 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America            )
           v.                       )   Case No.   3:12-CR-00042-RCJ-WGC
    EDELL GLOVER                    )
_____        )
        *Defendant*                 )

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.: One |
| --- | --- |
| | Date and Time: 5/10/12 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   05/02/2012

_____
*Judge's signature*

William G. Cobb, U.S. Magistrate Judge
_____
*Printed name and title*