UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EDELL GLOVER,<br><br>　　　　Defendant. | Case No. 3:12-cr-00042-RCJ-WGC<br><br>**ORDER** |

　　Defendant moved for compassionate release. (ECF No. 47.) The Court denied the motion. (ECF No. 59.) The Government sought to supplement its response, which did not affect the Court's order. (ECF No. 56.) In support of this supplement, the Government sought to file medical records under seal. (ECF Nos. 57, 58.) The Court denies these motions as moot.

///

///

///

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that Motion for Leave to Supplement (ECF No. 56) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Motion for Leave to File Sealed Exhibits (ECF No. 57) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Sealed Exhibit (ECF No. 58) shall remained sealed.

IT IS SO ORDERED.

Dated November 10, 2021.

_____
ROBERT C. JONES
United States District Judge