| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* 3:12CR00042 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)* 2:24-cr-0192 JAM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | | DISTRICT | DIVISION |
|---|---|---|---|
| Edell Glover<br>Eastern District of California<br><br>Stockton, CA | **FILED**<br>Jun 25, 2024<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | Nevada | U.S. Probation Office |
| | | NAME OF SENTENCING JUDGE<br>Robert C. Jones | |
| | | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM 11/18/2022 — TO 11/17/2027 |

OFFENSE
Possession with Intent to Distribute a Controlled Substance (Methamphetamine)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Glover commenced his term of supervised release in the Eastern District of California and intends to reside there for the duration of his supervision.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 21, 2024
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

06/25/2024
Effective Date

_[signature]_
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

1